UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ernest L. Dixon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 09 1365 |
| v. | ) | |
| | ) | |
| United States Satellite Headquarters, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

On May 7, 2009, the plaintiff submitted this brief pro se complaint along with 98 others, each accompanied by a separate application to proceed in forma pauperis.[1] The 98 complaints, which are attached to this memorandum opinion as an appendix, will be consolidated with the complaint in this case for purposes of disposition and dismissed as frivolous.

Like numerous complaints previously filed by this plaintiff, *see, e.g.,* Mem. Op. *Dixon v. 60-George Ct., Hampton, Virginia,* Civil Action 08-2151 (UNA) (D.D.C. Dec. 11, 2008) (generally describing 22 complaints consolidated therein); Order, *Dixon v. Cattle Ranch,* Civil Action 09-969 (UNA) (D.D.C. May 26, 2009) (generally describing 19 complaints consolidated therein), 95 of the 99 complaints, purport to sue various public and private properties or entities, such as the "United States Satellite Headquarters in Tokyo, Japan," "Rolls Royce" in France, the United States District Court for the District of Columbia, Sibley Hospital, Lenoir County (N.C.) Library, and "Amtrak Trains," either "for all my earnings" or for no stated reason. Just four of the 99 complaints deviate from this general theme. Those four seek $999 quadrillion dollars in compensatory damages and an equal amount in punitive damages from each of the following

---

[1] In addition, the plaintiff submitted another three pro se complaints that same day, which will be disposed of independently.

defendants: (1) the University of North Carolina for allegedly building on plaintiff's land; (2) James N. Peters for "having his name on my building without my permission;" (3) the Kinston, North Carolina "Records of Deed Office" because they "said I needed the date and the year before I could purchase my deeds;" and (4) the Kinston Housing Authority for "taking control and renting and collecting from my Queen Court Apartments." It is evident from the both the nature of the allegations and the number of complaints filed by this pro se plaintiff, who lists his address as "Sixteen Hundred Pennsylvania Avenue, Washington, D.C.," that they are based on fantastic or delusional scenarios, which subjects them to immediate dismissal. *See Neitzke v. Williams,* 490 U.S. 319, 328 (1989).

A separate order of dismissal accompanies this memorandum opinion.

Royce C. Lamberth 7/22/09
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ernest L. Dixon,                  )

                                 )

            Plaintiff,         )

                                 )

      v.                      )      Civil Action No.

                                 )

United States Satellite Headquarters,  )

                               )

           Defendant.       )


## APPENDIX TO MEMORANDUM OPINION

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Records Of Deed Office
101 Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing the Records Of Deed Office on Queen Street in Kiston, North Carolina for $999,000,000,000,000,000.00 for said that I needed the date and the year before I could purchase my deeds Also I am suing the said for $999,000,000,000,000,000.00 for pusitive damages. THANK YOU.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

**FILED**

09 1365     JUL 23 2009

Clerk, U.S. District and
Bankruptcy Courts

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Kinston Housing Authority
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing Kinston Housing Authority in Kinston, North Carolina for $999,000,000,000,000,000.00 for Taking Control And Renting And Collecting From my Queen Court Apartments on Bright Street in Kinston, North Carolina Without my permission Also I Am suing the said for $999,000,000,000,000,000.00 for punitive damages. Thank You!

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk U.S. District and

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

James J. Peters
130 - Kingsbridge Road
Bronz, New York

I, Retired Admiral Ernest L. Dixon is
Suing James J. Peters, 130 - Kingsbridge Road
in Bronz, New York for $999,000,000,000,000,000.00
for having his name on my building without
my permision Also I Am suing the said for
$999,000,000,000,000,000.08 for punitive
damages. Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dix
Sixteen Hundred, Pensylvania A
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

V.

University North Carolina
Chapel Hill
North Carolina

I, Retired Admiral Ernest L. Dixon is Suing the University North Carolina for $999,000,000,000,000,000,000.00 for building on my land at Snow High Way North And Cunningham Pixie. Also I am suing the Said for $999,000,000,000,000,000,000.00 for punitive damages. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania a
Washington, D. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral, Earnest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

Amtrack Trains
Richmond, Virginia

I, Retired Admiral Earnest L. Dixon is Suing
my ~~Amtraines~~ Amtrack Trains Headquarters in
Richmond, Virginia for all my earnings.
Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania ave
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Harbor Place
100 Bridge Street
Hampton, Virginia 23669

Is Retired Admiral Ernest L. Dixon is suing Harbor Place, 100 Bridge Street in Hampton, Virginia for all my earsings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave,
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

Vs

Lenoir County Library
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Lenoir County Library in Kinston, North Carolina for All my earnings. Thank You.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Sibley's Hospital
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is
suing Sibley's Hospital in Washington, D.C.
for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

United States District Court
Pensylvania Avenue
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing for Repossesion of Apartment and Cafeteria in the United States District Court house in Washington. I want the keys to the entrance of the said. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

v

Rolls Royce
Macon, France

Retired Admiral Ernest L. Dixon is
suing my Rolls Royce Company in Macon,
France for all my earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Buda Pest Ship Piers
Buda Pest, FRANCE

Is Retired Admiral ERNEST L. DIXON is
Suing my Buda Pest Ship Piers in Buda Pest,
FRANCE for All my EARNINGS. THANK YOU.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

v.

Longworth Building
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing everyone on the top floor of Longworth Building for sabotage of my top floor of the Longworth Building. I want the keys to the building and everyone to vacate my top floor emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

115 Washington Avenue,
Kinston, North Carolina 28501

=, Retired Admiral Ernest L. Dixon is
suing for reposesion of my home at
115 Washington Avenue in Kinston, North
Carolina, I want the rent from the home
steader and everyone to vacate my
premises emediately thank you

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Washington, Pensylvania Ave,
Washington, D.C. 23607

United States District Court
For the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Stadium Clothing Store
Queen Street
Kinston, North Carolina 28501

I retired Admiral Ernest L. Dixon is suing my Stadium Clothing Store on Queen Street in Kinston, North Carolina for all my earnings. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Aven
Washington D.C. 23607

United States District Court
for the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Marriott Hotel
14th Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing my Marriott Hotel on 14th Street in Washington, D.C. for all my earnings. I want the keys to my top floors. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, Dr. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Old Hampton Sea Food Kitchen
124 Chapel Street
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon is suing for repossesion of my Old Hampton Sea Food Kitchen at 124 Chapel Street in Hampton, Virginia. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Sign.
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

v.

Friendly Shelter
Independence Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing
For repossesion of the Friendly Shelter on
Independence Street in Kinston, North Carolina.
I want the keys to the said and everyone to
vacate the premises emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Sands Hotel
Atlantic City, New Jersey

I, Retired Admiral ERNEST L. DIXON,
is suing my Sands Hotel in Atlantic
City New Jersey for All of my earnings.
Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 28501

V.

Park View
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Park View on Queen Street
in Kinston, North Carolina for All my Earrings.
Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Av
Washington, D. C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

v.

Omni Hotel
Water Front
Norfolk, Virginia

I, Retired Admiral Ernest L. Dixon is suing
my Omni Hotel on the Water Front in Norfolk,
Virginia for All my earnings. Thank You,

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

100-Macons Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing
100-Macon Street in Kinston, North Carolina
for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

V.

Paramount Theater
Queen Street
Kinston, North Carolina 28501

I Retired Admiral Ernest L. Dixon is
suing for the rent and repossesion of my
Paramount Theater on Queen Street in Kinston,
North Carolina. I want the keys to the said
and everyone to vacate my premises emediately.
Thank you.

sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 2360

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyluania Avenue
Washington, D.C. 23607

v.

Food Mart
817-Martin Luther King Jr. Blvd
Kinston, North Carolina 28501

I, retired Admiral Ernest L. Dixon is suing Food Mart on Martin Luther King Jr. Blvd. in Kinston, North Carolina for all my earnings. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

River Dale Shopping Center
Mercury Blvd,
Hampton, Virginia

I, Retired Admiral Ernest L. Dixon is suing
River Dale Shopping Center on Mercury Blvd. in
Hampton, Virginia for all my earnings, Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court

For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V

924-G Street
Washington, D.C. 23607

To Retired Admiral Ernest L. Dixon is suing
For Reposesion of 924-G Street in Washington,
D.C. I Want the Keys to the said And everyone
to Vacate my premises emediately. Thank You.

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Court

sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Alcohol, Beverage And Control Store
199 - Old Hampton Lane
Hampton, Virginia 23669

1) Retired Admiral Ernest L. Dixon is
Suing my Alcohol, Beverage And Control
Store on Old Hampton Lane in Hampton,
Virginia for all my earnings. I want
the keys to the said and everyone to
vacate my premises emediately. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Hair Salon
727 Washington Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon
is suing my Hair Salon on Washington
Avenue in Kinston, North Carolina for
all my earnings. I want the keys to the
said and everyone to vacate my premises
immediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D. C. 23607
V.

Food Mart
724 Washington Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Food Mart on Washington Avenue in Kinston, North Carolina for all my earning. I want the keys to the said and everyone to vacate my premises immediately. Thank you.

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave.
Washington, D. C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

James J. Peters
Medical Center
130-Kingsbridge Road
Bronz, New York

Is Retired Admiral Ernest L. Dixon is
suing is s my medical center on
Kings Bridge Road in Bronz, New
York for all my earnings. I want name
Change to Retired Admiral Ernest L. Dixon
Medical Center. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenu
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Riverfront Hotel
Washington, D.C. 23607

Retired Admiral Ernest L. Dixon is suing
my Riverfront Hotel in Washington, D.C.
for all my earnings. I want the keys to
the said and everyone to vacate my premises
emediately, Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

Hyatt Hotel
H Street
Washington, D.C. 23607

I Retired Admiral Ernest L. Dixon is
suing my Hyatt Hotel on H-Street in
Washington, D.C. for All my earnings.
I want the keys to the said and All
managers to vacate my premises
emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, PENSYLVANIA AVENUE
Washington, D.C. 23607

V,

Willard Hotel
PENSYLVANIA AVENUE
WASHINGTON, D.C. 23607

I, Retired Admiral ERNEST L. DIXON is suing my Willard Hotel in Washington, D.C. for All my EARNINGS. I WANT the KEYS to the SAID All Employees to VACATE my PREMISES Emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, PENSYLVANIA AVENUE
Washington, D.C. 23607

V

Museum Apartments
K-Street NW
WASHINGTON, D.C. 23607

I, RETIRED Admiral ERNEST L. DIXON IS SUING
my MUSEUM APARTMENTS ON K-STREET IN
WASHINGTON, D.C. FOR ALL MY EARRINGS. I WANT
the KEYS to my MUSEUM APARTMENT 5-D.
THANK you.

SigN,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Aven
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Computer, Copier, Lab Top HeadQuarters
Park Avenue
New York City, New York 23607

I, Retired Admiral ERNEST L. DIXON, is suing my Computer, Copier, Lab Top Head-Quarters on Park Avenue in New York City, New York for all my Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Rockefeller Plaza
5th Avenue
New York City, New York 23607

I, Retired Admiral Ernest L. Dixon is suing my Rockefeller Plaza on 5th Avenue in New York City, New York for all my earnings. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Nova
Heritage Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon
is suing Nova on Heritage Street in
Kinston, North Carolina for all my
earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Av
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and

United States District Court
For the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Peyton Plaza
Peyton Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is going
my Peyton Plaza on Peyton Avenue in
Kinston, North Carolina for all my earnings

Thank you

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Columbia University
New York City, New York 23607

I, Retired Admiral Ernest L. Dixon
is suing my Columbia University in
New York City, New York for All my
Earnings. Thank you.

Sign
Retired Admiral Ernest Dixon
Sixteen Hundred Pensylvania Ave,
Washington d. C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Kinston Plaza
Plaza Blvd.
Kinston North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Kinston Plaza on Plaza Blvd in Kinston, North Carolina for all my earrings. Thank you.

Sign Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avensue
Washington, D.C. 23607

V.

Kinston Motor Lodge
501 Heritage Street
Kinston, North Carolina 28501

I Retired Admiral Ernest L. Dixon is suing my Kinston Motor Lodge on Heritage Street in Kinstons North Carolina for All my earnings. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Sign.
Retired Admiral Ernest Latiya
Sixteen Hundred Pensy Avanea a
Washington, D.C. 23607

RECEIVE
MAY - 7 2009
Clerk, U.S. District
Bankruptcy Cou

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

v.

Saint Mary's
Star Of The Sea School
1923-Mellen Street
Hampton, Virginia 23663

I, Retired Admiral Ernest L. Dixon is suing Saint Mary's Star Of The Sea School on Mellen Street in Hampton, Virginia for All my Earnings. Thank You.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Marriott Hotel
12th, Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is
suing my Marriott Hotel on 12th, Street
in Washington, D.C. for All my Earnings
I want the keys to the said And All
Managers to vacate my premises
emediately. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607
v.

Marriott Hotel
Virginia Beach Blvd.
Virginia Beach, Virginia

I, Retired Admiral Ernest L. Dixon is suing
the Marriott Hotel on Virginia Beach Blvd. in
Virginia Beach, Virginia for all my earnings.
Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Gloria Dei Lutheran
Day School And Child Care
Fox Hill Road
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon
is suing Gloria Dei Lutherns Day School
And Child Care on Fox Hill Road in
Hampton, Virginia for All my Earnings.
Thank you.

RECEIVED
MAY – 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest Lex
Sixteen Hundred Penylvania
Washington, D.C. 23607

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

New York University
New York City, New York 23607

I, retired Admiral Ernest L. Dixon is
suing my New York University in New
York City, New York for all my earnings.
Thank You.

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Manhattan Hospital
New York City, New York 23607

I Retired Admiral Ernest L. Dixon
is suing my Manhattan Hospital in
New York City, New York for all of my
earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Av.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607
v.
Chicago Bulls Professional Basketball Team
Chicago, Illinois

I, Retired Admiral Ernest L. Dixon is
suing my Chicago Bulls Professional
Basketball Team in Chicago, Illinois
for All my earnings, Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Av.
Washington, D.C. 23607

RECEIVED
MAY - 7 2008
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

New York Mets Professional Baseball Team
Long Island, New York 23607

I, Retired Admiral Ernest L. Dixon, is suing my New York Mets Professional Baseball Team in Long Island, New York for all of my earnings, Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Septeen Hundred Pensylvania av
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Saint Patrick Catholic Church
10th Street
Washington D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing my Saint Patrick Catholic Church on 10th Street in Washington D.C. for All my earnings. I want the keys of the said And everyone to vacate my premises emediately. Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixo
Sixteen Hundred Pensylvania Aven
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

PLAZA
800-K Street
Washington D.C. 23607

I Retired Admiral Ernest L. Dixon is suing
PLAZA on K-Street in Washington, D.C.
for All my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Shelter Hotel
Norfolk Virginia

I, Retired Admiral Ernest L. Dixon, is suing for repossession of my Shelter Hotel in Norfolk, Virginia. I want the keys to the said and everyone to vacate my premises emediately, Thank you.

sgn
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

7-D-Mitchell Wooten Court
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
Suing for reposesion of my Apartment
Ao. Number ~~4-D-Mit~~ 7-D-Mitchell
Wooten Court in Kinston, North Carolina.
I Want the keys to the Said And Everyone
To Vacate my premises emediately. Thank
you,

Sign
E Retered Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington D. C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C.

v

New Market North
Mercury Blvd.
Newport News, Virginia

I, Retired Admiral Ernest L. Dixon
is suing my New Market North on
Mercury Blvd. in Newport News, Virginia
for All my earning. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania
Washington, D. C. 23607 Ave

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Casino
Monticarlo, Monico

1) Retired Admiral Ernest L. Dixon is suing
my Casino in Monticarlo, Monico for all
my Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

D.C. Library
G-Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing my D.C. Library on G-Street in Washington, D.C. for All my earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

Town Sende Shopping Center
Townsende, Chezostovockia

I, Retired Admiral Ernest L. Dixon is
Suing my Townsende Shopping Center in
Townsende, Chezoslovockia for all my
Earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607
v.

Robert Jackson Hospital
Bronz, New York

I, Retired Admiral Ernest L. Dixon is
suing my Robert Jackson Hosp Hospital
in Bronz, New York for all my earnings
thank you.

Sgn
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Pilgram Hotel
H-Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing my Pilgram Hotel on H-Street in Washington, D.C. for all my earnings. I want the keys to the said and all managers to vacate my premises emediately. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Aver.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyl/vania Avenue
Washington, D.C. 23607

v.

Renaisance Hotel
9th, Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing my Renaisance Hotel on 9th, Street in Washington, D.C. for all my earnings. I want the keys to the said and all managers to vacate my premises emediately. Thank you!

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.,C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Marriott Hotel
14th Street And Pensylvania Avenue
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon, is
Suing my Marriott Hotel on 14th Street &
Pensylvania Avenue for All my Earnings.
I want reposesion and the keys to my
Floors of the said. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington, D.C. 2360

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

Wal-Mart
Veterans Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon
is Suing Wal-Mart on Veterans Avenue
in Kinston, North Carolina for all my
earnings. Wal-Mart on Veterans Avenue
in Kinston, North Carolina was officially
Ernest L. Dixon Shopping Center. I want
the keys to the said and everyone
vacate my premises immediately. Thank

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607
V.

Green Courts Apartments
Bright Street
Kinston, North Carolina 28501

I Retired Admiral Ernest L. Dixon is
Suing my Green Courts Apartments on
Bright Street in Kinston, North Carolina
for All my Earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2013
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

327 - Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
Suing for Reposesion And the Rent At
327-Queen Street in Kinston, North Carolina,
I want the Keys to the said and Everyone
to Vacate my Premises Emediately. Thank
you.

Sign
Retired Admiral Ernest L Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Coal Mine
Lexington, Pensylvania

I Retired Admiral Ernest L. Dixon is suing
My Coal Mine in Lexington, Pensylvania
For All My Earnings, Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607
            V
    Legal Bar And Legal Bar Sea Food
        7th Street
    Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon
is suing Legal Bar And Legal Bar
Sea Food for all my earnings. I
want the keys to the said and all
employees to vacate my premises
Emediately,

                    Sign
    Retired Admiral Ernest L. Dixon
    Sixteen Hundred Pensylvania Ave.
    Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D. C. 23607

Montgomery Hospital
Washington, D.C. 23607

Is Retired Admiral Ernest L. Dixon is
Suing my Montgomery Hospital in
Washington, D.C. For All my earnings. Thank
you.

sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washingtens, D. C. 23607
v.

New York Times News Paper
41st Street
New York City, New York 23607

I, Retired Admiral ERNEST L. DIXON is suing my NEW YORK TIMES News Paper in New York City, New York for All my earrings. Thank You.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D. C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

University Of Washington
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing the University Of Washington in Washington, D.C. for all my earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

General Motors
Fifth Avenue
New York City, New York 23607

I, Retired Admiral ERNEST L. DIXON is
Suing my General Motors on Fifth Avenue
in New York City, New York for All my earnings.
THANK you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D. C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Rober Jackson Catholic Elementary School
BRONZ, NEW YORK

I, Retired Admiral ERNEST L. DIXON, is
Suing my Robert Jackson Catholic
Elementary School in BRONZ, NEW
YORK FOR All my EARNINGS. THANK You.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Parrot Hospital
Caswell Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Parrot Hospital on Caswell Street
in Kinston, North Carolina for all my
Earnings. Thank you,

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia


Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Fitness And Aquatic Center
9th Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is
Suing my Fitness And Aquatic Center
on 9th Street in Washington, D.C.
For All my Earnings. Thank You.


Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

...tired Admiral ERNEST L. DIXON
...teen Hundred, Pensylvania Avenue
...ashington, D. C. 23607

V.

Lenoir County Farm
North Carolina 28501

I, Retired Admiral ERNEST L. DIXON is suing
is suing for lease reposesion of my Lenoir
County Farm 2 miles South of Grifton, North
Carolina. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D. C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyvania Avenue
Washington, D.C. 23607

V.

James J. Peters
Medical Center
Bainbridge Road
Bronz, New York

Retired Admiral Ernest L. Dixon is suing
James J. Peters Medical Center on
Bainbridge Road in Bronz, New York for all
my earnings. Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

SON
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensyvania Avenue
Washington, D.C. 23607

United State District Court
For the District of Columbia

Retired Admiral ERNEST L. DIXON
SIXTEEN Hundred PENSYLVANIA AVENUE
Washington, D.C. 23607

V.

Lenoik County Library
Queen Street
Kinston, North CAROLINA 28501

I, Retired Admiral ERNEST L. DIXON is saying my Lenoik County Library in Kinston, North Carolina for All my earnings. THANK you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607.

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington D. C. 23607

v.

Sporting Good Store
Cunningham Drive
Virginia Beach Virginia

I, Retired Admiral Ernest L. Dixon is suing
Sporting Good Store in Virginia Beach, Virginia
For all my Earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pasylvania Avenue
Washington, D. C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Safe Way Grocery Store
Fifth Street NW
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
my Safe Way Grocery Store on Fifth Street
in Washington, D.C. for all my earnings.

Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral ERNEST L. DIXON
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

TownSende Ship Yard
TownSende, Chezhostovodkia

To Retired Admiral ERNEST L. DIXON is suing my TownSende Ship Yard in TownSende, Chezhostovodkia for all my EARnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteens Hundred, Pensylvania Avenue
Washington, D.C. 23607

&

Alcohol, Beverage And Control Store
Herritage Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Alcohol Beverage And Control
Store on Herritage Street in Kinston,
North Carolina for All my Earnings. I
want the keys to the Said And everyone
to Vacate my Premises emediately. Thank
you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania A
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Carolina Discount Furniture
Mc Mellan Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing for reposesion and the earnings from my Carolina Discount Furniture on Mc Mellan in Kinston, North Carolina. I want the keys to the said and everyone to vacate my premises emediately. Thank you.

Retired Admiral Ernest L. Dixon
Sixteen, Hundred, Pensylvania av
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

V.

Lenoir County Memorial Hospital
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is
suing my Lenoir county Memorial Hospital
in Kinston, North Carolina for all my
earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Pixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Kinston Catholic High School
Kinston, North Carolina 28501

Re: Retired Admiral Ernest L. Pixon is
suing Kinston Catholic High School in Kinston,
North Carolina for all my earnings. Thank
you.

Sign,
Retired Admiral Ernest L. Pixon
Sixteen Hundred Pensylvania av
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

v.

Roosevelt Hospital
Roosevelt Island
Long Island, New York 23607

I, Retired Admiral Ernest L. Dixon is suing my Roosevelt Hospital on Roosevelt Island in Long Island, New York for All my earnings. Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

v.

Chapman Farm
Lenoir County
North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Chapman Farm in Lenoir County, North Carolina for all my earnings. I want all keys to the said and everyone except the Chapmans to vacate my property emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

v.

Kinston Square
Queens Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing Kinston Square 815 Queen Street in Kinston, North Carolina for All my earnings. Thank You.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

Jonithan Square
Plaza Blvd.
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon, is
suing Jonithan Square on Plaza Blvd.
in Kinston, North Carolina for all my
earnings. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for The District Of Columbia

Retired Admiral Ernest L. Dixon
Afteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

V.

Dwight D. Eisenhower Executive Building
1650 - Pensylvania Avenue
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
for Reposesion of my Dwight P. Eisenhower
Executive Building in Washington, D.C. I
want the keys to the said and everyone
to vacate my premises except the Secret
Service Police. Thank you.

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

New York City Hospital
New York City, New York 23607

I Retired Admiral Ernest L. Dixon issuing
my New York City Hospital in New York
City, New York for All my Earnings. Thank
you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Ave.
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
, U.S. District and
nkruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

Mc Donald Resturant
110-Vernon Avenue
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Mc Donald Resturant on Vernon Avenue in Kinston, Carolina for all my Earnings. I want the keys to the said and everyone to vacate my premises emeditely. Thank you.

SIGN
Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for the District of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. ~~28504~~ 23607

V.

Kinston Hotel
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon
is suing my Kinston Hotel on Queen
Street in Kinston, North Carolina for All
my Earrings, Donate the keys to the said
And Everyone to Vacate my premises
emediAtely, Thank you.

Sign
Retired Admiral Ernest L. Ra
Sixteen Hundred Pennsylvania Av
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
U.S. District and
Courts

United States District Court
For The District Of Columbia

Retired Admiral Forrest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23605

V.

Queen Street Apartments
Queen Street
Kinston, North Carolina 28501

Retired Admiral Forrest L. Dixon is suing
my Queen Street Apartments in
Kinston North Carolina for for my enjoying.

Thank you.

Sign

Retired Admiral Forrest L. Dixon
Sixteen Hundred Pennsylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue,
Washington, D.C. 23607

v.

Lenoir County Court House
Queen Street
Kinston, North Carolina 28501

I, Retired Admiral Ernest L. Dixon is suing my Lenoir County Court House on Queen Street in Kinston, North Carolina for all my earnings. I want the keys to the said and everyone to vacate my premises emediately.

Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Ave.
Washington, D.C. 23607

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
for the District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

V.

Liberty Plaza
Seventeenth Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing
my Liberty Plaza in Washington, D.C. for
all my earnings. I want the keys to the
said and everyone to vacate my premises
emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

**RECEIVED**

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V.

Kay Hotel
Saint Croix
United States Virgin Island

I, Retired Admiral Ernest L. Dixon is suing my Kay Hotel in Saint Croix, United States Virgin Island for all my earnings. Thank you.

Sign,
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D C. 23607

U.

Hood Apartments
Caswell Street
Kingston North Carolina 28501

I Retired Admiral Ernest L Dixon is
Suing my Hood Apartments on Caswell
Street in Kinstons North Carolina For All
my Earnings. Thank You.

Sign.

Retired Admiral Ernest L Dixo
Sixteen Hundred Pensylvania Av
Washington D.C. 23607

RECEIVED
MAY – 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pensylvania Avenue
Washington, D.C. 23607

v.

Langley Square
Mercury Blvd.
Hampton, Virginia 23669

I, Retired Admiral Ernest L. Dixon is
Suing Langley Square on Mercury Blvd.
in Hampton, Virginia for All my Earnings.
Thank you.

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Ave.
Washington, D.C. 23607

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred, Pennsylvania Avenue
Washington, D.C. 23607

V.

General Accounting Office
G-Street
Washington, D.C. 23607

I, Retired Admiral Ernest L. Dixon is suing for reposesion of my General Accounting Office Building on G-Street in Washington, D.C. I want the the keys to the said and everyone to vacate my premises emediately. Thank you.

Sign
Retired Admiral Ernest L. Dixon
Sixteen Hundred Pennsylvania Avenue
Washington, D.C. 23607

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23687

V.

Granby Street Hotel
Granby Street
Norfolk, Virginia

I, Retired Admiral Ernest L. Dixon is suing my Granby Street Hotel on Granby Street in Norfolk, Virginia for all my earnings. I want the keys to the said and all hotel managers to vacate my premises immediately. Thank you,

Sign

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23687

RECEIVED

MAY - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

United States District Court
For The District Of Columbia

Retired Admiral Ernest L. Dixon
Sixteen Hundred Pensylvania Avenue
Washington, D.C. 23607

V

Willow Oats
Village Square
Fox Hill Road
Hampton, Virginia 23669

I Retired Admiral Ernest L. Dixon is suing my Willow Oats Village Square on Fox Hill Road in Hampton Virginia for all my earnings.

Thank You

RECEIVED
MAY - 7 2009
Clerk, U.S. District and
Bankruptcy Courts

Sign
Retired Admiral Ernest L. Dixon
Septeen Hundred Pensylvania Ave.
Washington D.C. 23607